UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



| | |
|---|---|
| STEPHEN MURPHY | CIVIL ACTION |
| VERSUS | |
| UNITED AIRLINE | NO. 08-0740-FJP-CN |

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which no objection was filed:

IT IS ORDERED that this action shall be dismissed, without prejudice, for failure of the plaintiff to pay the Court's filing fee.

Baton Rouge, Louisiana, February __4__, 2009.

```
                                    _____
                                    FRANK J. POLOZOLA
                                    MIDDLE DISTRICT OF LOUISIANA
```

Doc#45808